Schools and for Completion of Performance Obligation No. 11(e) for Magnet Restructuring in order to complete all remaining Performance Obligations under Revised Attachment A.

Respectfully submitted,

_____
Andrew W. Nussbaum
Bar No.: 00959

_____
Roger C. Thomas
Bar No.: 08762
Attorneys for Defendant,
Board of Education of Prince
George's County
Knight, Manzi, Nussbaum & LaPlaca
14440 Old Mill Road
Upper Marlboro, MD 20772

_____
Patricia A. Brannan, Esquire
Attorney for Plaintiff,
National Association for the Advancement
of Colored People
HOGAN & HARTSON
Columbia Square
13th Floor West
555 Thirteenth Street, N.W.
Washington, D. C. 20004-1109

_____
Jay H. Creech, Esquire
Deputy County Attorney
Office of Law, Room 5121
County Administration Building
Upper Marlboro, MD 20772

4