III. **Duration of Protocol Agreement**

The Parties, Board of Education of Prince George's County, NAACP and Prince George's County, Maryland, agree that this Protocol shall remain in effect as to Performance Obligation Item Nos. 4 and 13 through the 2003-2004, school year, and, as to Performance Obligation 11(e), the Protocol shall remain in effect through the date upon which the Board of Education adopts and approves final restructuring or changes for the magnet programs to be implemented for the 2004-2005 school year.

6/25/03
Date

_Beatrice P. Tignor_
Board of Education of Prince George's County

6/27/03
Date

_June White Dillard, Esq._
Prince George's County Branch of the National Association for the Advancement of Colored People

6/27/03
Date

_Jacqueline F. Brown_
Prince George's County, Maryland